UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-60219-CIV-MARRA/JOHNSON

ALLISON SMITH,

    Plaintiff,

vs.

SCHRAGER OFFICE FURNITURE
OUTLET, INC.,

    Defendant.
_____/

## ORDER TO SHOW CAUSE

THIS CAUSE is before the Court sua sponte.

This Court's Order of February 19, 2009 directed the parties to confer within twenty-one (21) calendar days after the filing of the first responsive pleading by the last responding defendant, to submit a written report of this conference outlining their proposed discovery plan within 14 days after the conference, to hold a scheduling conference either at the same time as the discovery conference or within fourteen (14) calendar days thereafter, and finally, within fourteen (14) days of the scheduling conference, file a joint scheduling report.  Thus, since the Complaint in this case was filed February 11, 2009 and Office Furniture Outlet, LLC filed a responsive pleading on October 15, 2009, the latest a joint scheduling report should have been filed was in December of 2009.[1]

Accordingly, it is **ORDERED AND ADJUDGED** that Plaintiff shall show cause why

---

[1] Defendant Office Furniture Outlet, LLC is the last responding defendant in this case because Plaintiff filed a voluntary dismissal as to Schrager Office Furniture Outlet, LLC and the Court entered an Order of Dismissal without prejudice pursuant to the voluntary dismissal. See DE's 7, 8.

this case should not be dismissed for failure to follow this Court's Order, and shall further file a status report on or before **Monday, February 1, 2010** as to the status of this case. Failure to timely file a status report as ordered may result in dismissal of the case.

     **DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 15th day of January, 2010.

                                                                                             _____

Copies to:                                     KENNETH A.  MARRA
all counsel of record                United States District Judge