UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 09-CV-60219-Marra-Johnson

**ALLISON SMITH**

    Plaintiff,

vs.

**SCHRAEGER OFFICE FURNITURE OUTLET, INC.,** a Florida corporation, and
**OFFICE FURNITURE OUTLET, LLC,**
a Florida corporation

    Defendant.
_____/

## PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE

COMES NOW, the Plaintiff, ALLISON SMITH, on behalf of herself and those similarly situated, by and through the undersigned counsel, hereby submits her Response to this Court's Order to Show Cause [DE 22], dated January 15, 2010, and in support states as follows:

1. Plaintiff, Allison Smith (hereinafter as "Plaintiff"), filed her Amended Complaint on April 6, 2009 [DE 5].

2. On October 15, 2009, Defendant, Office Furniture Outlet, LLC (hereinafter as "Defendant"), filed a Motion to Dismiss Plaintiff's Amended Complaint [DE 19].

3. On November 3, 2009, Plaintiff filed a Response in Opposition to Defendant's Motion to Dismiss [DE 20].

4. On November 10, 2009, Defendant filed a Reply to Plaintiff's Response to Motion to Dismiss [DE 21].

5. As of the date of the within filing, Defendant's Motion to Dismiss remains unresolved.

6. The Court's Order of February 19, 2009 [DE 3] directed the parties to "confer within

      twenty-one (21) calendar days after the filing of the first responsive pleading by the last responding defendant, to submit a written report of this conference outlining their proposed discovery plan within 14 days after the conference, to hold a scheduling conference either at the same time as the discovery conference or within fourteen (14) calendar days thereafter, and finally, within fourteen (14) days of the scheduling conference, file a joint scheduling report."

7. This Court entered an Order to Show Cause [DE 22], on January 15, 2010, requiring Plaintiff to show cause why this case should not be dismissed for failure to comply with the Court's Order of February 19, 2009 [DE 3].

8. The parties have not yet complied with this Court's Order of February 19, 2009 [DE 3], because the Plaintiff believes that a "responsive pleading" has yet to be filed by the Defendant. Defendant filed a Motion to Dismiss, as discussed above, but has yet to file an Answer to the Amended Complaint nor any other "responsive pleading" to date while the Defendant's Motion to Dismiss [DE 15] remains unresolved.

9. Federal Rules of Civil Procedure, Rule 7(a) specifies what constitutes a "pleading". The following is a list of filings that the Federal Rules of Civil Procedure deems to be a "pleading":  1) a complaint; 2) an answer to a complaint; 3) an answer to a counterclaim designated as a counterclaim; 4) an answer to a crossclaim; 5) a third-party complain; 6) an answer to a third-party complaint; and 7) if the court orders one, a reply to an answer. A motion to dismiss is not contemplated under the Federal Rules of Civil Procedure as a "responsive pleading".

10. Furthermore, the 11th Circuit has consistently held that a Motion to Dismiss is not a "responsive pleading".  *See*, <u>Denney v. Nelson</u>, 304 Fed. Appx. 860 (11th Cir. Ga. 2009),

<blockquote>
Ford's Fuel, LLC v. Cox, 2009 U.S. Dist. LEXIS 106376 (S.D. Ala. Nov. 12, 2009); Neal v. Equifax Credit Info. Servs., 2004 U.S. Dist. LEXIS 26497 (N.D. Ga. Mar. 11, 2004).
</blockquote>

11. Notwithstanding the foregoing, should the Court direct the Parties to immediately comply with the Court's Order of February 19, 2009 [DE 3], the Plaintiff remains willing and able to do so.

WHEREFORE, Plaintiff, Allison Smith, respectfully requests this Court permit the Parties to comply with this Court's Order of February 19, 2009, once a responsive pleading is filed by Defendant.

DATED: February 1, 2010

Respectfully submitted,

MILITZOK & LEVY, P.A.
The Yankee Clipper Law Center
3230 Stirling Road, Suite 1
Hollywood, Florida 33021
Telephone: (954) 727-8570
Facsimile: (954) 241-6857
Email: mjm@mllawfl.com

/s/  Matthew J. Militzok
Matthew J. Militzok
Florida Bar No. 0153842
*Attorneys for the Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 1, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM / ECF.  I also hereby certify that a true and correct copy of the foregoing has been sent to Robert C. Stone, Esq., Robert C. Stone, P.A., 555 South Federal Highway, Suite 450, Boca Raton, Florida 33432, either via transmission of Notices of Electronic Filing generated by CM / ECF or other authorized manner if not authorized to receive Notices of Electronic Filing.

      /s/  Matthew J. Militzok
      Matthew J. Militzok