UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-60219-CIV-MARRA/JOHNSON

ALLISON SMITH,[1]

    Plaintiff,

vs.

SCHRAGER OFFICE FURNITURE
OUTLET, INC.,

    Defendant.
_____/

## ORDER TO SHOW CAUSE

THIS CAUSE is before the Court upon Plaintiff's Response to Order to Show Cause (DE 23).  The parties are hereby **ORDERED** to file a joint scheduling report on or before **Friday, February 12, 2010**.  See the Court's Order of February 19, 2009, directing the parties to "confer within twenty-one (21) days after the last responding party either files an answer or a motion pursuant to Fed. R. Civ. P. 12(b), whichever is earlier."

Failure to timely file a joint scheduling report as ordered may result in immediate dismissal of the case.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 2nd day of February, 2010.

Copies to:
all counsel of record

KENNETH A. MARRA
United States District Judge

---

[1] The Court notes that its January 15, 2010 Order to Show Cause erroneously quoted language from an old order used by the Court.  Plaintiff's counsel understandably, but also erroneously, relied upon this language to justify the failure to comply with the Court's February 19, 2009 order.  The actual provision of the Court's February 19, 2009 order, quoted above, required that the joint scheduling report be filed in November of last year.