UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 09-CV-60219-Marra-Johnson

**ALLISON SMITH**

    Plaintiff,

v.

**SCHRAGER OFFICE FURNITURE OUTLET, INC.,** a Florida corporation**,** and **OFFICE FURNITURE OUTLET LLC,** a Florida corporation,

    Defendants.

## NOTICE OF SETTLEMENT

COMES NOW, the Plaintiff, ALLISON SMITH, by and through the undersigned counsel and hereby notifies this Honorable Court that the parties have reached an agreement in principle to resolve all matters pertaining to the instant action. The parties are in the process of finalizing documentation related to the agreement, and they will file appropriate documentation for the Court's review as soon as it is finalized and agreed upon. The parties anticipate that they will be able to file such documentation within sixty (60) days of the date of this filing.

DATED: November 8, 2010

                                          Respectfully submitted,

                                          By: /s/ Brian Militzok
                                          BRIAN J. MILITZOK, ESQ
                                          Fla. Bar No.: 0069993
                                          MILITZOK & LEVY, P.A.
                                          The Yankee Clipper Law Center
                                          3230 Stirling Road, Suite 1
                                          Hollywood, Florida 33021
                                          (954) 727-8570 - Telephone
                                          (954) 241-6857 – Facsimile
                                          bjm@mllawfl.com
                                          *Attorneys for the Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY certify that on November 8, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM / ECF. I also hereby certify that a true and correct copy of the foregoing has been sent via CM/ECF or regular mail to Robert C. Stone, Esq., 555 South Federal Highway, Suite 450, Boca Raton, Florida 33432.

By: /s/ Brian Militzok
BRIAN J. MILITZOK, ESQ